UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:15-00023-TWP-DKL-1 |
| ARTHUR EDWARDS, ) | |
| Defendant. ) | |

## ENTRY DENYING MOTION FOR COMPASSIONATE RELEASE

This matter is before the Court on Defendant Arthur Edwards' ("Mr. Edwards") Motion For Compassionate Release Pursuant to the First Step Act filed on July 22, 2019. (Dkt. 117). Shortly thereafter, the Court appointed counsel to determine whether Mr. Edwards may be eligible for compassionate release from incarceration in accordance with Section 603 of the First Step Act of 2018 (Dkt. 121). On December 9, 2019, Counsel for Mr. Edwards moved to withdraw his appearance and notified the Court that Mr. Edwards was recently released from incarceration with the Bureau of Prisons and transferred to a half-way house facility in New Jersey. (Dkt. 129). Incarceration in the Bureau of Prisons is a requirement for Compassionate Release consideration. Because he is no longer incarcerated, Mr. Edwards Motion for Compassionate Release is **DENIED** as moot.

**SO ORDERED.**

Date: 1/2/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Arthur Edwards
#66851-050
20 Toler Place
Newark, NJ 07114


All ECF parties